UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| J.P. MORGAN SECURITIES LLC<br><br>    Plaintiff,<br><br>vs.<br><br>DUSTIN LUCKETT<br><br>    Defendant. | Case No:3:22-CV-137-RGJ<br><br>Judge: |

## J.P. MORGAN SECURITIES LLC'S MOTION TO VACATE ARBITRATION AWARD, TO STAY ANY PROCEEDINGS TO ENFORCE ARBITRATION AWARD, AND REQUEST FOR ORAL ARGUMENT

Pursuant to 9 U.S.C. §§ 6 and 10 and Rule 7(b)(1) of the Federal Rules of Civil Procedure, J.P. Morgan Securities LLC ("JPMS") moves to vacate the Financial Industry Regulatory Authority ("FINRA") Arbitration Award rendered on February 4, 2022 in the matter of *Dustin Luckett v. J.P. Morgan Securities LLC and Todd Fannin*, FINRA Dispute Resolution, Case Number 19-03075 ("Award") because the Arbitration Panel manifestly disregarded the law and exceeded its powers.[1]

JPMS further moves, pursuant to 9 U.S.C. §12, to stay any proceedings to enforce the Award against JPMS. Additionally, pursuant to Local Rule 7.1(f), due to the presence of important legal issues, JPMS requests oral argument on the Motion to Vacate.

A preliminary Memorandum in Support is attached. However, JPMS has separately and contemporaneously filed a Motion for Leave, requesting additional time to file a Supplemental Memorandum in Support of its Motion to Vacate Arbitration Award.

---

[1] In its Motion to Vacate, JPMS asks the Court to vacate the Award rendered against JPMS. Neither JPMS nor Todd Fannin are moving to vacate the Award rendered in favor of Mr. Fannin.

Respectfully submitted,

 /s/ Jesse R. Lipcius
Jesse R. Lipcius (Kentucky Bar No. 94619)
ULMER & BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202-4029
(513) 698-5032; (513) 698-5033 (fax)
jlipcius@ulmer.com

Jeffrey S. Dunlap (Ohio Bar No. 0067923)
ULMER & BERNE LLP
1660 W. 2nd St., Suite 1100
Cleveland, Ohio 44113-1448
(216) 583-7000; (216) 583-7001 (fax)
jdunlap@ulmer.com
*(Pro Hac Vice Forthcoming)*

Alyson Terrell (Ohio Bar No. 0082271)
ULMER & BERNE LLP
65 East State Street, Suite 1100
Columbus, Ohio 43215
(614) 229-0000; (614) 229-0043 (fax)
aterrell@ulmer.com
*(Pro Hac Vice Forthcoming)*

*Attorneys for J.P. Morgan Securities LLC*

## **CERTIFICATE OF SERVICE**

On March 7, 2022, a copy of the foregoing was served via email and regular U.S. Mail on the following:

Michael A. Valenti, Esq.
Hayden A. Holbrook, Esq.
401 W. Main Street, Suite 1950
Louisville, KY 40202
mvalenti@vhrlaw.com
hholbrook@vhrlaw.com
*Counsel for Dustin Luckett*

 /s/ Jesse Lipcius
*Attorney for J.P. Morgan Securities LLC*