UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

J.P. MORGAN SECURITIES LLC,                                                                 Plaintiff

v.                                                                         Civil Action No. 3:22-cv-137-RGJ

DUSTIN LUCKETT,                                                                           Defendant

* * * * *

**JUDGMENT**

In accordance with the Order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendant Dustin Luckett with respect to the claims brought in this matter. The arbitration award [DE 1-2] is **CONFIRMED**.

(2) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

(3) The Clerk of Court is directed to strike this matter from the Court's active docket.

September 14, 2023

Rebecca Grady Jennings, District Judge
United States District Court